# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Burgos-Hernandez et al.**
             **22 Cr. 133 (JGK)**

Dear Judge Koeltl:

    I write, as counsel to Franklin Bello Jimenez, to respectfully request an adjournment of the pretrial conference in the above-captioned matter currently scheduled for February 21, 2023 at 2:00 pm, as I will be out of town that week. The government consents to this request.

    Mr. Bello Jimenez and the government have reached a pretrial disposition in this matter. I therefore respectfully request the Court set a change of plea hearing the week of February 13. The parties are available on the following dates: Monday, February 13; Wednesday, February 15; Thursday, February 16 before 2:00 pm.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

*The matter will be held on Wednesday, February 15, 2023, at 11:00am.*

**SO ORDERED:**

1/31/23

THE HONORABLE JOHN G. KOELTL
United States District Judge

cc:    Counsel of record