# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 9, 2023

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Burgos-Hernandez et al.**
   **22 Cr. 133 (JGK)**

Dear Judge Koeltl:

I write, as counsel to Franklin Bello Jimenez, to respectfully request an adjournment of Mr. Bello Jimenez's sentencing in the above-captioned matter, currently scheduled for July 13, 2023 at 2:30 pm, as I will be out of town that week. The government consents to this request.

The parties are available on the following dates: Wednesday, July 19; Thursday, July 20; Tuesday, July 25; Thursday, July 27; and Friday, July 28.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

*Adjourned to Wednesday, July 19, 2023 at 12:00 pm.*

**SO ORDERED:**

_____
THE HONORABLE JOHN G. KOELTL
United States District Judge

5/10/23

cc:   Counsel of record