UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA          :

                                  :      [~~Proposed~~] Recommendation
            - v -                 :
                                         22 Cr. 133 (JGK)

**Franklin Bello Jimenez**        :

            Defendant.            :

----------------------------------X

Upon the application of the defendant Franklin Bello Jimenez, Federal Register Number 86773-509, by his counsel, Marne L. Lenox, Esq., Assistant Federal Defender with the Federal Defenders of New York, and good cause having been demonstrated, it is hereby

**RECOMMENDED** that the Bureau of Prisons re-designate Franklin Bello Jimenez to FCI Fort Dix in Fort Dix, New Jersey. Mr. Bello Jimenez is currently designated to MDC Brooklyn.

In order to promote both family visitation and advance the rehabilitative goals of sentencing, the Court recommends that the Bureau of Prisons re-designate Franklin Bello Jimenez to FCI Fort Dix.

*Surrender date extended to January 19, 2024, at 2:00 P.M. to the institution designated by the Bureau of Prisons.*

Dated: New York, New York
       October 5, 2023

                                       SO RECOMMENDED:

                                       /s/ John G. Koeltl
                                       THE HONORABLE JOHN G. KOELTL
                                       United States District Judge