# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 22, 2024

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Burgos-Hernandez, et al.**
      **22 Cr. 133 (JGK)**

Dear Judge Koeltl:

    I write to respectfully request that the Court order the United States Pretrial Services Office in the Southern District of New York to release Franklin Bello Jimenez's passport/travel documents to him directly or to the Federal Defenders of New York.

    Mr. Mendoza's passport/travel documents were provided to Pretrial Services when he first began pretrial supervision in 2022. We understand Pretrial Services can only release these documents pursuant to a Court order. The Court sentenced Mr. Mendoza on July 20, 2023. We can provide additional information, if necessary.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED:**

/s/ John G. Koeltl
HONORABLE JOHN G. KOELTL
United States District Judge
10/23/24

cc:   Counsel of record