UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

Plaintiff,

- against -

FRANKLIN BELLO JIMENEZ,

Defendant.

22-cr-00133 (JGK)

**Memorandum Opinion and Order**

**John G. Koeltl, District Judge:**

The defendant, Franklin Bello Jimenez, moves for an early termination of supervised release under 18 U.S.C. § 3583(e)(1), pursuant to which the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." For the reasons explained below, the application for an early termination of supervised release is **granted.**

On February 15, 2023, the defendant pleaded guilty to one count of conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349. See ECF No. 72. On July 19, 2023, the Court sentenced the defendant principally to fourteen months' imprisonment and a three-year term of supervised release. See ECF No. 108. The defendant was released from detention on October 7, 2024, and has served approximately twenty-one months of supervised release to date.

Under 18 U.S.C. § 3583(e)(1), the Court has discretion to terminate the defendant's term of supervised release upon consideration of the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), and (a)(6).

In the time since his release from detention, the defendant has re-established a stable home life with his wife and children, and has engaged productively with his broader community as well, including through community service in and around his neighborhood. See ECF No. 130 at 4-6; see also ECF Nos. 130-4, 130-5, 130-6. Further, the defendant has maintained gainful employment after his release from detention, and has remained compliant with all of the terms of his supervised release during his entire term of supervision. ECF No. 130 at 2-3; ECF No. 130-1 at 1. Neither the United States Probation Office nor the Government has opposed the defendant's application for an early termination of supervised release. ECF No. 130 at 1; ECF No. 130-1 at 1.

The Court is persuaded that the defendant's conduct warrants an early termination of his supervised release. Continued supervised release is unnecessary to accomplish the appropriate goals of supervised release. Therefore, the defendant's request for an early termination of his supervised release is **granted.**

**SO ORDERED.**

**Dated: New York, New York**
**August 6, 2026**

**John G. Koeltl**
**United States District Judge**